Trial No.2005-CI-18884
Appeal No.04-15-00012-CV

JOHN E. RODARTE SR.,                    §    IN THE FOURTH COURT
Affiant,Appellant,Plaintiff,            §
In Propia Persona                       §
                                        §    OF APPEALS,AT
VS                                      §
                                        §
BEXAR COUNTY,TEXAS,SHERIFF              §
RALPH LOPEZ,ET AL,                      §
Appellees,Defendants                    §    SAN ANTONIO,TEXAS

NOTICE OF APPEAL,
MOTION FOR APPELLATE RECORD,
WITH BRIEF IN SUPPORT

To The Honorable Justices:

Now comes John E. Rodarte Sr.,Affiant,Appellant,Plaintiff,and on this date of January 23,2015 completes this document,for the above styled and numbered cause of action,and will show the following:

A hearing was held on October 20,2014 concerning a Bill Of Review Motion by the plaintiff and was dismissed on the same date.

As per this court's correspondence,dated January 09,2015 received on January 21,2015 which offers evidence of questionable mail handling,pardon,correspondence dated January 12,2015,is still received rather late.

Appellant,Rodarte,has yet to receive a trial court order,concerning a submission for a new trial,due to among other things,a hearing held in violation of plaintiff's request for a jury trial and a setting on the jury docket of September 24,2015 as afforded by the pleadings and arguments presented by the plaintiff,and in further violation of Texas Rules Of Civil Procedure,245...,in place of the word noncontested,plaintiff will offer the word contested in its place,unless the trial court would like to explain how it heard plaintiff's case on October 20,2014 clearly in violation of rule 245,in which this case is highly contested,thus,may not be disposed of at any time.

Again,said hearing on October 20,2014 and dismissal,is in further violation of Rules Of Civil Procedure,247,every suit shall be tried when it is called....,no cause which has been set upon the trial docket for the date set,except by agreement of the parties....,this is where trial court committed grave error,the court,took it upon

1.

Themself, well with the judge making the determination, to willfully call a hearing, other than the trial by jury date, and without any notice or agreement known to the plaintiff, to remove the case from the jury docket in a contested case, in which, all issues were set for a jury's determination. This denies plaintiff Rodarte, his right to due process, a right to a jury trial as afforded by the 7th and 14th Amendments of the U.S. Constitution.

Plaintiff Rodarte, will state, that the above mentioned case, should be subjected to the rigors of Title VII Civil Rights Act Of 1871, due to the questionable issues concerning this case on two aspects. One, the defendants failure in taking the initiative in taking responsibility for a clear injury to plaintif, for failing to provide safe transportation, causing verified back injury. Two, for doing all in its power, to defend and use the law, to avoid responsibility and liability to plaintiff Rodarte. The defendants, had offered twice, to settle, when the amount of settlement that was offered by the defendants is compared to other similar injuries, the defendants, only insulted plaintiff by trying to make an offer, that could have been made out of someone back pocket or coat pocket. Such an insult, did one very important thing, it offered evidence of liability and responsibility, thus a case more than ready for a jury trial.

The very same thing occurred on December 05, 2011 when the case became subjected to the very identical game on October 20, 2014. As the caselaw applied by the plaintiff in his Bill Of Review, it should not only convince this court of what is correct according to the law, but what it must do according to the law and reinstate the case to its original status, otherwise, plaintiff's fundamental and substantial rights, as well as the constitutional violations will forever stay injured just as his back is, due to unsafe transportation and denial of law.

Therefore, plaintiff Rodarte, motions for a full appellate record, this way this court, may see, not only the clear concealment of proper application of law by the defendants and their constituents, the denial of lawful relief to the plaintiff, medical, monetary, its just pitiful. This pursuant to T.R.A.P. rules 33.1;20.1;21.3;25.1;26.1(a) (1);34.5;34.6;35.1(a);35.3(a)(1)(2).

Respectfully Submitted,

2.

## CONCLUSION

Mr. Rodarte,simply will plead,the record,upon a review with a lawful eye,will uncover volumes,and coincide with Rodarte's issues ever since the December 01,2005 filing of this civil case.

Respectfully Done,

## PRAYER

Plaintiff Rodarte,makes his petition known to God in the highest, that the honorable Fourth Court Of Appeals,grant the relief sought.

Respectfully Done,

## CERTIFICATE OF SERVICE

This is to certify,that a true and correct copy of this foregoing document,has been sent to Mr. Clarkson F. Brown,Assistant District Attorney,at 101 West Nueva St.,Suite 5049 San Antonio,Texas 78205

Executed On This January 23,2015

Respectfully Done,

J.R./j.r.
01/23/2015

3.

CSINIB02/CINIB02    TEXAS DEPARTMENT OF CRIMINAL JUSTICE              01/26/15
DCS2/DDA4458              IN FORMA PAUPERIS DATA                       12:48:45
TDCJ#: 01263270 SID#: 02663385 LOCATION: BILL CLEMENTS   INDIGENT DTE: 01/05/15
NAME: RODARTE, JOHN SR                    BEGINNING PERIOD: 07/01/14
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:        0.00 TOT HOLD AMT:        0.00 3MTH TOT DEP:        36.42
6MTH DEP:          36.42 6MTH AVG BAL:      162.28 6MTH AVG DEP:         6.07
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
12/14     179.94              0.00     09/14     179.94              0.00
11/14     173.57             10.93     08/14     145.27              0.00
10/14     154.94             25.49     07/14       0.00              0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION

STATE OF TEXAS COUNTY OF _Potter_
ON THIS THE _26th_ DAY OF _January_, _2015_ CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SID:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



R. HARRISON
NOTARY PUBLIC,
STATE OF TEXAS
My Commission Expires 08-06-2016
NOTARY WITHOUT BOND

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 FEB -2 AM 11:59

John L. Rodarte Sr.
T.D.C.J. #1263270
Clements Unit
9601 Spur 591
Amarillo, Texas

LEGAL MAIL
LEGAL MAIL

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO

2015 FEB -2 AM II: 59

Keith E. Hottle
CLERK

Fourth Court Of Appeals
Office Of The Clerk
300 Dolorosa St., Suite 3200
San Antonio, Texas 78205-3037

78205#3037 C011



PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION